# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SCHWARZ, | NO. ED CV 10-1320 MMM (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ERWIN MEINBERG, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 6, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE